ACCEPTED
01-15-00895-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 4:31:14 PM
CHRISTOPHER PRINE
CLERK

**In The**

# Court of Appeals

**For The**

# First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/1/2015 4:31:14 PM

CHRISTOPHER A. PRINE
Clerk

## NO. <u>01-15-00895-CV</u>

## <u>GREGORY MICHAEL SZANYI, JR.</u>, Appellant(s)

## V.

## <u>TISHA LEE THIBODEAUX GIBSON</u>, Appellee(s)

**On Appeal from the County Court at Law No. 1
Galveston County, Texas
Trial Court Cause No. 15FD1550**

### ENTRY OF APPEARANCE

Duana Boswell-Loechel files this Entry of Appearance on behalf of Appellee, Tisha Lee Thibodeaux Gibson. All communications from the Court or other counsel with respect to this appeal shall be sent to the undersigned at:

LONE STAR LEGAL AID
1415 Fannin St.
1st Floor
Houston, Texas 77002
Tel: (713) 652-0077 ext. 2520
Cell: 409-300-5477
Fax: (713)652-4063
dboswell-loechel@lonestarlegal.org

Respectfully submitted,

LONE STAR LEGAL AID
1415 Fannin St.
1st Floor
Houston, Texas 77002
Tel: (713) 652-0077 ext. 2520
Fax: (713)652-4063

By: /s/ Duana Boswell-Loechel
    Duana Boswell-Loechel
    State Bar No. 24045534
    dboswell-loechel@lonestarlegal.org
    Attorney for Tisha Lee Thibodeaux Gibson

FORMER COUNSEL

Kindel N. Jenkins
P.O. Box 1545
Galveston, Texas 77553
409-763-1441 ext. 1512
Fax:409-762-0189

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on December 1, 2015.

/s/ Duana Boswell-Loechel
Duana Boswell-Loechel
Attorney for Tisha Lee Thibodeaux Gibson